**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Larry Broden v. The State of Texas

Appellate case number:       01-17-00740-CR

Trial court case number:      1503451

Trial court:                          262nd District Court of Harris County

      We abated this appeal, remanded the case to the trial court, and directed the trial court to determine, in part, whether appellant has the right to appeal. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law, and the court reporter has filed a reporter's record of the abatement hearing, which includes the trial court's finding "to allow [appellant] to prosecute the appeal." Accordingly, we **reinstate** this case on the Court's active docket.

      It is so ORDERED.

Judge's signature: __/s/ Russell Lloyd_____
         ☑ Acting individually    ☐ Acting for the Court

Date: __February 21, 2019___